

# MEMORANDUM

TO:       Ms. April L. Days
              International Prison Transfer Unit
              Office of Enforcement Operations
              10th & Constitution Avenue, NW
              John C. Keeney Building, 10th Floor
              Washington, DC 20530

FROM:     Courtnay J. Capps
              Courtroom Deputy Clerk to the
              Honorable Brian K. Epps, U.S. Magistrate Judge
              U. S. District Court, Southern District of Georgia
              (706)  849-4404

DATE:     August 20, 2021

RE:       Consent Verification Hearing held August 19, 2021
              Frank Erick Zilch

---

Enclosed please find the following for each of the above Defendant:

    (1)    Signed original verification of consent to transfer (2);
    (2)    Audio of the proceedings;